IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS,             )<br>                                           )<br>            Plaintiff,           )<br>                                           )<br>vs.                                    )<br>                                           )<br>VILLAGE CREEK REAL ESTATE, LLC,   )<br>                                           )<br>            Defendant.         ) | CIVIL ACTION<br><br>FILE No.  4:20-CV-00574 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANTHONY CAIRNS ("Plaintiff") and Defendant, VILLAGE CREEK REAL ESTATE, LLC ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 27th day of October, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com


ATTORNEYS FOR PLAINTIFF
ANTHONY CAIRNS

/s/ Anthony T. Ricciardelli
Anthony T. Ricciardelli, Esq.
State Bar No. 24070493
Ricciardelli Law Firm
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Tel: (972) 345-8730
Email: anthony@ricciardellilaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of October, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL