IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No.  4:20-CV-00574 |
| VILLAGE CREEK REAL ESTATE, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed October 27, 2020 (Dkt. #9), it is hereby ORDERED that this entire action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 29th day of October, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE